# Court of Appeals
# of the State of Georgia

ATLANTA, June 27, 2018

*The Court of Appeals hereby passes the following order*

**A18D0484. KATHERINE M. CAMPBELL v. SHARON MILES et al. .**


Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2017SUCV0135



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, June 27, 2018.*

  *I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*